ORDERED.

Dated: April 19, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

HENRY BADAAN,

    Debtor.
_____/

Case No.: 8:24-bk-02048-RCT
Chapter 13

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE

THIS CAUSE came on for hearing on April 16, 2024, on *Creditor Randy Freedman's Emergency Motion for Relief from Stay and Request for Expedited Consideration* (Doc. 6) (the "Motion"). After hearing arguments of counsel and being otherwise fully advised in the premises, for the reasons stated orally and recorded in open court, it is

**ORDERED**:

1. The Motion (Doc. 6) is **DENIED without prejudice**.

2. Should this Chapter 13 case be dismissed for reasons attributable to the Debtor, including but not limited to failure to make plan payments or failure to confirm a plan, the Court will impose a filing bar against Debtor enjoining him from filing a subsequent bankruptcy petition in this or any other bankruptcy court for a period, to be determined upon said dismissal, of six months up to one year.

Attorney Jeffrey B. Fabian is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.