**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                                   Case No. 8:24-bk-02048-RCT
                                                                                              Chapter 13
HENRY BADAAN

        Debtor.[1]
_____/

**TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE**
**TO COMPLY WITH THE COURT'S ADMINISTRATIVE ORDER**

    Kelly Remick, Chapter 13 Standing Trustee, hereby moves for the entry of an order dismissing this case, and in support thereof states the following:

    1.    The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 14, 2024 and a Section 341 Meeting of Creditors was scheduled for May 14, 2024.

    2.    The Debtor has failed to comply with the Court's Administrative Order docketed on April 14, 2024 (Doc. No. 9).

    3.    The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of all pay stubs, advices or documentation of income sources ("payment advices") for the six month period ending on the last day of the month preceding the month of the petition date.

    4.    The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of tax returns for the two years preceding the petition date.

    5.    The Debtor failed to provide documentation of identity and social security number to the Chapter 13 Standing Trustee.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing this case, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished, electronically by CM/ECF and/or by U.S. Mail, to HENRY BADAAN, 3906 W. Platt St., Tampa, FL 33609-3943; EUGENE P. CASTAGLIUOLO, Post Office Box 16301, Tampa, FL 33687-6301; U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, this 21st day of May, 2024.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/jn