ORDERED.

Dated: May 21, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 8:24-bk-02048-RCT
 Chapter 13
HENRY BADAAN

Debtor(s)[1]
_____/

**ORDER ON TRUSTEE'S MOTION TO**
**DISMISS CASE FOR FAILURE TO COMPLY WITH**
**THE COURT'S ADMINISTRATIVE ORDER (DOC. NO. 43)**

THIS MATTER came on for the purpose of the entry of on appropriate Order in the above styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Comply with the Court's Administrative Order (Doc. No. 43). The Court, having reviewed the motion and based upon the facts set forth therein, it is

**ORDERED:**

1. The Court will reserve ruling on the Trustee's Motion to Dismiss Case for Failure to Comply with the Court's Administrative Order (Doc. No. 43).

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2. The Debtor shall attend a Section 341 Meeting of Creditors, on June 24, 2024 at 2:45 p.m., which meeting shall be held via Zoom. Go to **Zoom.us/join**, enter **Meeting ID: 678 206 0440**, and **Passcode: 9833067429 or Call Number: 813-586-4522**. Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee <u>in advance</u> of the meeting and in the manner directed by the Trustee. Identification documents cannot be accepted at the meeting. Failure to attend shall constitute a willful failure of the Debtor to abide by an Order of the Court.

3. The Debtor shall provide to the Chapter 13 Trustee, no later than seven (7) days before the rescheduled Meeting of Creditors, copies of their most recent two years tax returns.

4. The Debtor shall also provide to the Chapter 13 Trustee, no later than seven (7) days before the rescheduled Meeting of Creditors, copies of all payment advices (paystubs, etc.) for the six (6) month period prior to filing their Petition under Chapter 13.

5. In the event the Debtor fails to comply with the requirements of Paragraph 2, 3 and 4 above, their case shall be DISMISSED and the Trustee shall submit the appropriate documents closing this case for failure to follow Court Orders.

6. In the event the Debtor complies with all of the requirements of Paragraph 2, 3 and 4 above, the Trustee will submit and the Court will enter an Order denying the Trustee's Motion to Dismiss as moot.

Trustee Kelly Remick is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.
KR/LMG/jn                                                                                                              C13T 5/21/24