UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

HENRY BADAAN                                                  Case No.:   8:24-bk-00197-RCT

Debtor(s).                                                          Chapter 13   **EMERGENCY OBJECTION**

_____ /

**OBJECTION TO CREDITOR RANDY FREEDMAN'S LATE FILED OBJECTIONS**

**PLEASE TAKE NOTICE** that Debtor hereby objects to the objections filed on May 28, 2024 (just yesterday!) by attorneys for Creditor Randy Freedman. The documents in question are numbered 48 and 49. Not only has undersigned counsel not had the opportunity to read and evaluate said objections, but filing them one day before the hearing is in clear violation of Local Rule 9013-1(c)(2). Accordingly, it is respectfully requested that this Court disallow and strike said objections based upon their untimely "ambush style" filing.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this document was served via the CM/ECF system to:

- The Debtor;
- The Chapter 13 Standing Trustee Kelly Remick;
- The United States Trustee (TPA7/13);
- All parties registered for service in this case within the CM/ECF system.

On this **29th** day of May, 2024.

/s/ *Eugene P. Castagliuolo*
Eugene P. Castagliuolo, Esquire
FBN: 104360
P. O. Box 16301
Tampa, FL  33687-6301
(727) 712-3333
Eugene@TampaConsumerLawyer.com
*Attorney for Debtor*