**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED

JUN - 1 2024

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:

HENRY BADAAN                             Case No: 8:24-bk-02048-RCT
                                         Chapter 13
                                         **EMERGENCY HEARING**
                                         **REQUESTED**   Via Email @ 2:08 pm

Debtor(s).
_____/

## EMERGENCY MOTION TO FIRE ATTORNEY & IMMEDIATLEY RE-OPEN AND REINSTATE BANKRUPTCY CASE #8:24-bk-197-RCT

HENRY BADAAN, PRO-SE, files this Emergency Motion to Fire Attorney & Immediately Re-Open and Reinstate Bankruptcy case #8:24-bk-197-RCT, and states as follows:

1. On APRIL 14, 2024, I filed a petition for relief under Title 11, United States Code, in the Bankruptcy Court for the Middle District of Florida and was assigned case number 8:24-bk-2048-RCT.

2. Prior to filing this case, I filed case number #8:24-bk-197-RCT on 1/16/24.

3. In that case, I became aware that my attorney had miss handled my case and I filed a motion Pro-Se to fire my then attorney Jay Weller.

4. Based on my personal experience and what I learned, Mr. Weller completely failed to represent my interest in that case in the original motion for relief from stay. In one of the motions pending before the court now there is a reference by Eugene to the fact that Mr. Case still denies to this day that there was no law that supported my position. Even worse, I have evidence that Mr. Weller was planning to send me down the river by forcing me off on another attorney and sending me back to state court. I know this because I heard the words myself during a conference call where he stated that if the paralegal helping me would have just followed his orders, my case would have been continued in state court, and the attorney

he was trying to make me go with would have taken me on and dragged it out in state court, thus protecting Mr. Weller.

5. When I fired Mr. Weller, the court ordered him to answer a question regarding an email that to this day has not been answered. I do not understand what is going on, but nothing makes sense. I then hired Eugene after speaking with many attorneys who would not take the case. It has come to my attention that Eugene has only handled **FOUR** bankruptcy cases in the last four years. How was it possible for him to take on this case when other highly competent attorneys were unwilling because of its complexity?

6. In the first case, I filed a pro-se motion for sanctions, it was the last draft I had reviewed which had been prepared by the paralegal who was helping me at the time in the former case. It was directed at sanctions against Shumaker for horrible violations of the automatic stay.

7. For some reason, Eugene told me that the motion could get us in trouble, and he withdrew it from the court. That did not make sense then, and makes even less sense now.

8. I do not understand why we did not go after Shumaker for those sanctions in the first case. Regardless of who drafted the motion, from all I have been told since then, the law is the law, and those violations are clear, and Jeff Fabian has been doing nothing but making misrepresentations to this court ever since.

9. Now, after dragging the state court case along again, and having to file this case to try to protect myself, it appears that Eugene may not have been acting in my best interest either after all of this.

10. How can it be possible to be horribly misrepresented by TWO attorneys.

11. Many things have occurred that have not made sense to me and enough is enough. I told Eugene that I was going to report everybody to the FBI and alert the media and he treated me extremely unprofessionally. It has gotten to the point where he has blocked me from being able to communicate with him. I will be filing a complaint with the Florida Bar.

2

12. This is unacceptable because I have paid Eugene $55,000 in cash, which did not make sense to me either. Especially because he told me that it was not proper and we could both get in serious trouble if it came out that i had paid him in cash. But i had offered to send via Zelle, it was by his request. Plus, he told me that it would cover his representation until the very end, and yesterday he sends me an email saying he cannot handle my case anymore. And if I do not agree to his withdrawal, he would go after me for the full $90,000.00 from the contract.[Attached Below]

13. He also threatened me if I did not do as he asked. This is unacceptable.

14. He did not even do the work I have paid him for. The paralegal who helped me in the first case has been helping him for free and has done all of the work.

15. In the State case he also did not do anything but had my former attorney Jenay do everything. I believe he has been scamming me from the beginning.

16. Eugene told me it was extremely urgent that I hire a very very good attorney to convert the case to chapter 11. And that he could not do it because he does not know enough. I asked him to submit the motion to convert along with motion to withdraw and her refused.

17. I cannot afford to hire another expensive attorney. I have been drained by every attorney who has represented me until now. My health is suffering, and my wife is dealing with cancer and we cannot take this anymore.

18. I do not understand why my first case was dismissed if everything that was done was wrong. I should be able to reopen that case and fix any errors no matter what it takes. I am tired of being abused by everyone who has supposedly been working on my behalf.

19. Apparently, the Claim filed by Fabian in the first case was not valid. If so, that would make everything go away. I ask for the right to try to pursue that option.

20. Before saying he was done with my case, Eugene said that yesterday the judge stated that my debt was above the debt ceiling because of a judgment that was entered in between the two cases. If my first case gets reinstated and all the errors that have been committed and atrocities

that have been committed against me are corrected, then I will not be above the debt ceiling and will not need to spend thousands of dollars hiring a chapter 11 attorney.

21. Further, I still want to go after Shumaker for their egregious violations of the automatic stay which many attorneys have now confirmed occurred. Especially Jeff Fabian who has been grossly horrific and has made misrepresentations to the court repeatedly.

22. Eugene blames me for the mistakes in this case. The schedules were ready one week before he filed the case and he made excuses every day and because of him it was filed the day before the Trial.

23. He also had the documents he needed from the beginning, and he never submitted them to the trustee. As well as a proper plan.

24. He has charged me a ton of money and made my situation much worse.

25. The following paragraphs are taken directly from one of the motions prepared previously. The motion that was withdrawn in the first case, addressed this, and it has never been heard by the judge. It is time for the judge to hear me.

26. The rest of this motion is going to be taken directly from the previous motion submitted to the court and supposedly waiting to be heard after I convert the case.

## AS STATED IN MUMEROUS PRIOR MOTIONS TO THE COURT

27. On January 16, 2024, a suggestion of bankruptcy was filed in the State Court Case, prior to the hearing for Fabian's relief motion scheduled for February 8, 2024. A quick perusal of the state court docket [SEE EXHIBIT A] reveals the occurrence of the following events:

| 517 | 02/06/2024 | NOTICE OF CONTINUATION OF PRE-TRIAL CONFERENCE, |
|---|---|---|
| 516 | 02/02/2024 | NOTICE OF CANCELLING HEARING |
| 515 | 01/26/2024 | NOTICE OF HEARING |
| 514 | 01/26/2024 | RESPONSE IN OPPOSITION TO |
| 513 | 01/22/2024 | ORDER GRANTING |

| 512 | 01/19/2024 | MOTION TO WITHDRAW |
| 511 | 01/19/2024 | NOTICE OF WITHDRAWAL |
| 510 | 01/18/2024 | MOTION TO STRIKE |
| 509 | 01/16/2024 | SUGGESTION OF BANKRUPTCY |

28. The violations by Creditor/Plaintiff RANDY FREEDMAN and his attorneys are clear and undeniable. Debtor asks the court to take judicial notice of these docketed events pursuant to Fed.

R. Evid. 201(b), which are reliable records from a state court case where Creditor RANDY FREEDMAN is a party opponent with notice, and thus would be an exception if creditor stooped so low as to try to argue hearsay as to any of these records. Further, Creditor RANDY FREEDMAN must be held to a higher standard as the violations were committed by a partner at a Shumaker, Loop & Kendrick, LLP.

29. The question then becomes, "How was it possible that this Court grant relief to a party who had already committed these violations?"

30. The answer to that question is rooted in the misfeasance and malfeasance of the Weller Legal Group, PA (hereinafter, "Weller"), Debtor's former bankruptcy counsel.

31. Indeed, to this day, undersigned counsel received an email from a Weller attorney within the last 2 weeks in which the Weller attorney reiterated the Weller position that "no case law" existed or exists which would have supported the argument that Creditor RANDY FREEDMAN was *not* entitled to relief from the automatic stay in the previous case, a position that is patently preposterous.

32. It seems unfathomable that Mr. Badaan could be harmed so unjustly, not only by an unduly aggressive creditor, but by his own former bankruptcy counsel!

33. There is zero doubt that the Debtor was severely harmed in his former bankruptcy case.

5

Even worse, the state court case has continued and continues to harm the debtor to this day. In the State Court Case, every single ruling made since the filing of the Suggestion of Bankruptcy has gone against the debtor. Unbelievably, there have been at least 8 Orders on docket in the state court case since the filing of the Suggestion of Bankruptcy, and not one of those Orders finds for Mr. Badaan!

34. All appearances indicate that the state court judge has been prejudiced against the Debtor, primarily by the blitzkrieg tactics of Attorney Fabian.

35. Debtor's undersigned counsel is evaluating all of the above and will be taking collateral action on behalf of the Debtor for Weller's transgressions which have put Debtor in this terrible situation.

36. A Notice of Removal will be filed this week. Debtor has suffered enough. As such, Debtor contends that the record is sufficient for the Court to rule on these papers that Creditor RANDY FREEDMAN and his attorneys at Shumaker, Loop & Kendrick, LLP, have wantonly violated the Automatic Stay and that all state court actions following the initial violation be rendered *void ab nitio.*

37. Undersigned counsel joins with Debtor in requesting that this Court put an end to the miscarriage of justice propounded against him by Creditor RANDY FREEDMAN and his attorneys.

WHEREFORE, I know beg this Honorable Court for an Order from this Honorable court ruling that that all activity, including but not limited to non-bankruptcy related status conferences, Hearings, Depositions, Trials, and all future docket entries and deadlines in the State Court Case be cancelled immediately until further order of the Bankruptcy Court, as MANDATED by the Automatic Stay, and that the Court take Judicial Notice of the State Court Docket and Pleadings before it, and Rule on the Papers as a Matter of Law that Creditor Randy

6

Freedman, through the actions of Jeff Fabian, and Shumaker, Loop & Kendrick, LLP has Grossly and Wantonly Violated the Automatic Stay as a Matter of Law, and that every action in the State Court Case since January 17, 2024, is fruit of the poisonous tree and a continuing Violation of Stay as of today, April 15, 2024, and until such time as this Court rules otherwise, reminding all parties that ignorance of the Automatic Stay is no excuse for actions which violate it. In the alternative, I ask for my first bankruptcy case #8:24-bk-197-RCT to be immediately reopened and reinstated. Alternatively, I will convert to chapter 11 and I will proceed Pro-Se for as long as I can before hiring an attorney, and any other Relief the Court deems Just and Proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this motion is being filed via electronic mail directly as I am not authorized to file anything through the court's system. I certify that I am copying Eugene Castagliuolo, Jeff Fabian, Jonathan, Ellis, and Steve Berman in the email.

/s/ Henry Badaan

Henry Badaan

(305) 206-6022

henrybadaan@gmail.com

Friday, May 31, 2024 at 18:28:29 Eastern Daylight Time

**Subject:** Fwd: FW: 8:24-bk-02048-RCT Motion for Leave to Withdraw as Counsel
**Date:** Friday, May 31, 2024 at 5:35:41 PM Eastern Daylight Time
**From:** H B
**To:** Robert Pereda

---------- Forwarded message ---------
From: **H B** <henrybadaan@gmail.com>
Date: Fri, May 31, 2024, 10:00PM
Subject: Re: FW: 8:24-bk-02048-RCT Motion for Leave to Withdraw as Counsel
To: Eugene Castagliuolo <Eugene@tampaconsumerlawyer.com>

I will sure deal with this situation when I get to Tampa.
And this time it will be the right way.
Through proper legal advice from the right people.
Have a great weekend

On Fri, May 31, 2024, 9:54PM Eugene Castagliuolo <Eugene@tampaconsumerlawyer.com> wrote:

> Henry, you are not a stupid man, but you sure are acting stupid.
>
> If you were "blocked" as you claim, then how is it that you are now emailing me endlessly????
>
> And had I filed the amended schedules as you requested, your debt would be even HIGHER and you would have exceeded the Chapter 13 threshold!!!!!!!!!!!!!!! I was trying to protect you!!!!!!!!!!!
>
> Our communications are now over, as this situation has clearly become hostile.
>
> EPC
>
> ---
>
> **From:** H B <henrybadaan@gmail.com>
> **Sent:** Friday, May 31, 2024 3:50 PM
> **To:** Eugene Castagliuolo <Eugene@tampaconsumerlawyer.com>
> **Subject:** Re: FW: 8:24-bk-02048-RCT Motion for Leave to Withdraw as Counsel
>
> Which lawyer block his clients number when clients most needed legal advice.
>
> Yes I told you that yesterday before out of nowhere you blocked my number and you decided

to withdraw from my case.

My chapter 13 was all messed up.

Sorry to say that but you are not better than Jay weller.

On Fri, May 31, 2024, 9:44 PM Eugene Castagliuolo <Eugene@tampaconsumerlawyer.com> wrote:

> I most certainly did *NOT* agree on flat rate fees!! Read your contract!!
>
> I agreed to stop taking fees from you because I felt sorry for you. At no point did we agree in writing to amend the original contract, and the original contract required all amendments to be in writing, signed by both you and me.
>
> So you thought I was going to work for you until the end of time for no additional money??? This is absolutely ludicrous, and for you to think this makes me question your sanity!! You hear what you want to hear, Henry. You are directing the anger you have because of Randy, Fabian, Farfante, Colton, etc., and you are directing it at me because I am an easy target to attack. Yesterday you told me you loved me!! And today this?!?!
>
> You still owe me money, but if you leave me alone, I will not seek that money. If you hassle me and make my life difficult, then I will seek the balance of my fees.
>
> Just let me go my way and you go yours. I cannot help you get where you want to go. In Chapter 13, I could, but in any other chapter that may be available to you, I can't.
>
> But again, as I stated before, if a battle is what you want, then a battle is what you'll get. If and when the poop hits the fan, it's going to get on everybody, including you. Choose your next steps wisely. Get past your anger, and think about the big picture.
>
> EPC
>
> ---
>
> **From:** H B <henrybadaan@gmail.com>
> **Sent:** Friday, May 31, 2024 3:28 PM
> **To:** Eugene Castagliuolo <Eugene@tampaconsumerlawyer.com>
> **Subject:** Re: FW: 8:24-bk-02048-RCT Motion for Leave to Withdraw as Counsel
>
> We agreed on flat rate fees 50k cash flat rate for the state court case which I paid you in cash

also 5k for my bankruptcy case which I also paid in full and non of them are finished .

I will deal with it when I get to Tampa after seeking legal advice from professionals how to proceed.

On Fri, May 31, 2024, 9:15 PM Eugene Castagliuolo <Eugene@tampaconsumerlawyer.com> wrote:

> Please take notice of the email below as well as the attachment to this email.
>
> In the interest of complete disclosure, yesterday I analyzed the number of hours I've invested in your state court case, as well as your 2 bankruptcy cases. The full amount of the fees I've <u>earned</u> exceeds $90,000 (calculated by multiplying the number of hours I worked on your behalf by my hourly rate of $375).
>
> In the spirit of amicability and wanting peace, I suggest we let sleeping dogs lie and that we both just go our separate ways. **<u>IF AND ONLY IF</u> YOU AGREE TO ALLOW ME TO WITHDRAW FROM THIS CASE WITHOUT YOU CONTESTING MY WITHDRAWAL, THEN I WILL NOT SEEK ANY FEES FROM YOU FROM THIS POINT FORWARD.**
>
> EPC
>
> ---
>
> **From:** bnc@flmb.uscourts.gov <bnc@flmb.uscourts.gov>
> **Sent:** Friday, May 31, 2024 2:59 PM
> **To:** Courtmail@flmb.uscourts.gov
> **Subject:** 8:24-bk-02048-RCT Motion for Leave to Withdraw as Counsel
>
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**
>
> **U.S. Bankruptcy Court**
>
> **Middle District of Florida**

Notice of Electronic Filing

The following transaction was received from Eugene P Castagliuolo entered on 5/31/2024 at 2:59 PM EDT and filed on 5/31/2024

**Case Name:** Henry Badaan
**Case Number:** 8:24-bk-02048-RCT
**Document Number:** 57

**Docket Text:**
Motion for Leave to Withdraw as Counsel Contains negative notice. Filed by Eugene P Castagliuolo on behalf of Attorney Eugene P. Castagliuolo

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** HENRY BADAAN EPC mtw filed 5-31-24 with neg notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=5/31/2024] [FileNumber=90765516-0] [7c850bc55fe1568b52122ddf5225b74b0979ee26f689ecbe62e9edd249d60d9f4a 504a5bc32c17f69c8eaa5c2770c5f78b58d0a352df45596b2b0d18a40f68d2]]

**8:24-bk-02048-RCT Notice will be electronically mailed to:**

Steven M Berman on behalf of Creditor Randy Freedman
sberman@shumaker.com, choffman@shumaker.com;lhutton@shumaker.com;jyoung@shumaker.com

Paul W Burke on behalf of Creditor Synovus Bank c/o Burke Moore Law Group, LLP
bankruptcy@burkemoore.com

Eugene P Castagliuolo on behalf of Attorney Eugene P. Castagliuolo
Eugene@TampaConsumerLawyer.com, r44774@notify.bestcase.com

Eugene P Castagliuolo on behalf of Debtor Henry Badaan
Eugene@TampaConsumerLawyer.com, r44774@notify.bestcase.com

Jonathan J Ellis on behalf of Creditor Randy Freedman
jellis@shumaker.com, ccheaney@shumaker.com

Jeffrey B. Fabian on behalf of Creditor Randy Freedman
jfabian@shumaker.com, ldyer@shumaker.com

Lydia M Gazda on behalf of Trustee Kelly Remick
Lydia.g@CH13Tampa.com

Steven G Powrozek on behalf of Creditor Rocket Mortgage, LLC f/k/a Quicken Loans,

LLC
spowrozek@logs.com, logsecf@logs.com

Kelly Remick
ecf@ch13tampa.com

United States Trustee - TPA7/13, 7
USTPRegion21.TP.ECF@USDOJ.GOV

**8:24-bk-02048-RCT Notice will not be electronically mailed to:**