UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa

In re:
Henry Badaan                                                    Case No. 8:24-bk-02048-RCT
    Debtor.                                              Chapter 11
_____/

Debtor's Request for Court to Examine
Fees Paid to Debtor's Attorneys and Request for Disgorgement
Of Any Portion Deemed Excessive

    In the Order of Conversion of this case, Doc 70, the Order says Debtor may request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. Debtor requests that examination in this case as to Eugene Castagliuolo, P.A.

    Prior counsel apparently received a flat rate fee of $50,000 cash, for both bankruptcy and state court work, and no invoices have been submitted. Debtor respectfully requests that if any portion is deemed excessive, it be disgorged.

    Respectfully submitted. 7/3/24

We hereby certify that a true copy of the foregoing was served on all parties by CMECF

JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 1-800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483